UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS,<br><br>Petitioner,<br><br>v.<br><br>SACRAMENTO COUNTY SUPERIOR COURT,<br><br>Respondent. | Case No.  2:25-cv-3369-DJC-JDP (P)<br><br>ORDER |

Petitioner, who is detained in the Sacramento County Jail, brought this action under section 2254.  ECF No. 1.  On February 27, 2026, I found that the initial petition failed to state a cognizable federal habeas claim, and gave petitioner leave to file an amended petition within thirty days.  ECF No. 7.  Pending are two motions, one for law library access, ECF No. 8, and one for an extension of time to respond to my screening order, ECF No. 9.

In petitioner's motion for law library access, he states that a deputy at the jail will not allow him access to the law library without a court order.  I cannot tell what other relief petitioner seeks, because his handwriting is faded and difficult to read in parts.  To the extent petitioner requires a court order as proof of his litigation, he may present this order and remind his custodians of his right to access the courts.  I will otherwise deny the motion.

Petitioner has also filed a motion for extension of time, requesting until April 9, 2026 to

1

respond to my screening order.  ECF No. 9.  That motion is granted.

Accordingly, it is ORDERED that:

1. Petitioner's motion for law library access, ECF No. 8, is DENIED.

2. Petitioner's motion for extension of time, ECF No. 9, is GRANTED and he shall have until April 9, 2026 to respond to my screening order, ECF No. 7.

IT IS SO ORDERED.


Dated:    March 24, 2026                    _____

                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE

2