UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY DOWNS,

Petitioner,

v.

SACRAMENTO SUPERIOR COURT,

Respondent.

Case No.  2:25-cv-3369-DJC-JDP (P)

ORDER

I dismissed the initial petition with leave to amend on February 27, 2026.  ECF No. 7. Petitioner's amended petition was due April 9, 2026.  ECF No. 10.  Now, petitioner has filed a request for extension of time to "file into this action" and a motion for hearing.  ECF Nos. 11 & 12.  I will grant petitioner's motion for extension of time in part.  I decline to give him an extension of time until June as he requests; instead he shall have thirty days from the date of this order's entry.  I will deny his motion for hearing as, currently, there is no active petition and, thus, no need for a hearing.

It is, therefore, ORDERED that:

1.    Petitioner's motion for extension of time, ECF No. 11, is GRANTED in part and he shall have thirty days from the date of this order to file an amended petition or otherwise respond to the screening order.

1

2.     Petitioner's motion for hearing, ECF No. 12, is DENIED.

IT IS SO ORDERED.

Dated:     April 16, 2026                          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE