UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY DOWNS,

Petitioner,

v.

SACRAMENTO SUPERIOR COURT,

Respondent.

Case No. 2:25-cv-3369-DJC-JDP (P)

ORDER

Petitioner's amended petition was due thirty days from my April 16, 2026 order granting his motion for extension of time in part. ECF No. 13. Well in excess of thirty days have passed, and petitioner has not filed an amended petition.

Accordingly, it is ORDERED that, within fourteen days of this order's entry, petitioner must show cause, in writing, why this action should not be dismissed for failure to prosecute. Any response to this order should be accompanied by either an amended petition or a notice of voluntary dismissal. If petitioner fails to comply with this order within the deadline, I will recommend that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: September 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE