UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS,<br>Petitioner,<br>v.<br>SACRAMENTO SUPERIOR COURT,<br>Respondent. | Case No. 2:25-cv-3369-DJC-JDP (P)<br><br>ORDER; FINDINGS AND RECOMMENDATIONS |

On September 14, 2026, I entered an order directing petitioner to show cause why this action should not be dismissed. ECF No. 16. Therein, I noted that in February 2026, I directed him to file an amended petition within thirty days; despite receiving multiple extensions of time, he has not done so. I also directed that any response to my order to show cause should be accompanied by either an amended petition or a notice of voluntary dismissal. *Id.* at 2. Petitioner has responded to my show cause with a "request for order re copy of the rules." ECF No. 17. Therein, he appears to argue that he needs an order to access the law library at the Sacramento County Jail. This response is deficient for two reasons. First, I have already provided petitioner with a habeas form. ECF No. 7-1. At this juncture he should not require any legal research to submit an amended petition; he need only state the basis of his claims, which should already be known to him. Second, I previously provided petitioner with an order that he could present to officials to establish that he was engaged in litigation in federal court. ECF No.

10 at 1.

It is now more than six months since I gave petitioner a thirty-day deadline to file an amended petition. He has repeatedly failed to comply with that order, and I now recommend that this action be dismissed for failure to prosecute. Petitioner shall have a final opportunity to submit an amended petition while these findings and recommendations are pending.

Accordingly, it is ORDERED that petitioner's request, ECF No. 17, is DENIED.

Further, it is RECOMMENDED that this action be DISMISSED for failure to prosecute for the reasons described in this order.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: October 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE